# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT E. WILLIAMS,**

      **Plaintiff,**

vs.                                                                         **Case No.: 2:20-cv-463**
                                                                                   **JUDGE GEORGE C. SMITH**
                                                                                   **Magistrate Judge Vascura**

**THE OHIO STATE UNIVERSITY**
**OFFICE OF STUDENT LIFE,**

      **Defendant.**

## ORDER

On January 29, 2020, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Plaintiff's request to proceed *in forma pauperis* be granted and that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief can be granted. (*See Report and Recommendation*, Doc. 3). The parties were advised of their right to object to the *Report and Recommendation*. This matter is now before the Court on Plaintiff's Objections to the *Report and Recommendation*. (*See* Doc. 4). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

In his objections, Plaintiff generally objects to the recommended dismissal. He asks for leniency because he is *pro se*, but otherwise fails to raise any specific objection to the *Report and Recommendation*. Plaintiff's general objections are not sufficient to preserve any issues for review, and "[a] general objection to the entirety of the magistrate's report has the same effects as would a failure to objection." *Howard v. Sec'y of H.H.S.*, 932 F.2d 505, 509 (6th Cir. 1991). Therefore, for the reasons stated in detail in the *Report and Recommendation*, this Court finds

that Plaintiff's Objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation,* Document 3, is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed.

The Clerk shall remove Documents 3 and 4 from the Court's pending motions list. The Clerk shall terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**